Commonwealth ex rel. Thomas, Appellant, v.
Maroney.

Submitted November 8, 1965.

714

*Carl Agnew Thomas,* appellant, in propria persona; *Joseph S. Walko,* First Assistant District Attorney, and *Robert J. Masters,* District Attorney, for appellee.

Order affirmed.